Thomas J. Nolan (SBN 48413)
Shira Kieval (SBN 269409)
Nolan, Armstrong & Barton, LLP
600 University Avenue
Palo Alto, Ca. 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant Joshua Covelli

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSHUA COVELLI,<br><br>  Defendant. | Case Nos. CR 11-00471 DLJ-PSG<br>          CR 11-00683 DLJ-HRL<br><br>**STIPULATION AND []<br>ORDER RE MAGISTRATE JURISDICTION IN MATTERS CR-11-00471 AND CR-11-00683**<br><br>Before:<br>Hon. District Court Judge D. Lowell Jensen<br>Hon. Magistrate Judge Paul S. Grewal<br>Hon. Magistrate Judge Howard R. Llyod |

IT IS HEREBY STIPULATE AND AGREED between the prosecution through its attorney, Assistant United States Attorney Hanley Chew, and defendant Joshua Covelli, by and through undersigned counsel, as discussed at the bail review hearing held before Magistrate Judge Paul S. Grewal on August 23, 2012, that, with consent of the Honorable District Court Judge D. Lowell Jensen, and Honorable Magistrate Judges Paul S. Grewal

1

**STIPULATION RE MAGISTRATE JURISDICTION**
*United States v. Joshua Covelli*, CR 11-00471; CR 11-00683 DLJ-HRL

and Howard R. Lloyd, all issues in the above-listed matters that would ordinarily be heard by a magistrate judge and all matters referred during the pendency of these cases to a magistrate judge shall be heard by Magistrate Judge Grewal. In both of the above-listed matters, Magistrate Judge Grewall shall have jurisdiction over issues of pretrial release and pretrial release conditions as set forth in 18 U.S.C. §3142.

Respectfully submitted,

NOLAN, ARMSTRONG & BARTON, LLP

Dated: August 30, 2012

____/s/_____
Thomas J. Nolan
Shira Kieval
Attorneys for Defendant
Joshua Covelli

Dated: August 30, 2012

_____/s/_____
Hanley Chew
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>v.<br><br>JOSHUA COVELLI,<br><br>        Defendant. | Case No. CR 11-00471 DLJ-PSG<br>        CR:11-00683 DLJ-HRL<br><br>**[] ORDER RE MAGISTRATE JURISDICTION IN MATTERS CR-11-00471 AND CR-11-00683**<br><br>Before:<br>Hon. District Court Judge D. Lowell Jensen<br>Hon. Magistrate Judge Paul S. Grewal<br>Hon. Magistrate Judge Howard R. Llyod |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that all issues in the above-listed matters that would ordinarily be heard by a magistrate judge and all matters referred during the pendency of these cases to a magistrate judge shall be heard by Magistrate Judge Grewal. In both of the above-listed matters, Magistrate Judge Grewall shall have jurisdiction over issues of pretrial release and pretrial release conditions as set forth in 18 U.S.C. §3142.

Dated: September 4, 2012      _____
                                    HON. D. Lowell Jensen
                                    United States District Court Judge

Dated: Ù^] ơ\{ à^¦Â, 2012 Ǽ     _____
                                      HON. Paul S. Grewal
                                    United States Magistrate Judge

Dated: August _____, 2012      _____
                                      HON. Howard R. Lloyd
                                    United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

UNITED STATES,

Plaintiff,

v.

JOSHUA COVELLI,

Defendant.

Case No. CR 11-00471 DLJ-PSG
CR:11-00683 DLJ-HRL

[PROPOSED] ORDER RE MAGISTRATE JURISDICTION IN MATTERS CR-11-00471 AND CR-11-00683

Before:
Hon. District Court Judge D. Lowell Jensen
Hon. Magistrate Judge Paul S. Grewal
Hon. Magistrate Judge Howard R. Llyod

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that all issues in the above-listed matters that would ordinarily be heard by a magistrate judge and all matters referred during the pendency of these cases to a magistrate judge shall be heard by Magistrate Judge Grewal. In both of the above-listed matters, Magistrate Judge Grewall shall have jurisdiction over issues of pretrial release and pretrial release conditions as set forth in 18 U.S.C. §3142.

Dated: August _____, 2012

HON. D. Lowell Jensen
United States District Court Judge

Dated: August _____, 2012

HON. Paul S. Grewal
United States Magistrate Judge

Dated: Sept 12, 2012

HON. Howard R. Lloyd
United States Magistrate Judge